# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WILFRED SAMUEL RATTIGAN,<br><br>　　　　　　　　　Appellant,<br><br>　　v.<br><br>ERIC H. HOLDER, JR., Attorney General,<br><br>　　　　　　　　　Appellee. | **UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**<br><br>No. 13-5374 |

　　　Appellant Wilfred Samuel Rattigan submits this motion, with the consent of Appellee's counsel, to request a final short extension of the briefing schedule in this appeal. On April 23, 2014, the Court granted Appellant's first unopposed motion and on May 14, 2014, granted Appellant's second unopposed motion to modify the briefing schedule. We now ask the Court to adopt the following briefing schedule:

- <u>Appellant's brief and Appendix</u>: July 9, 2014 (currently due June 30, 2014).

- <u>Appellee's brief</u>: September 9, 2014 (currently due August 29, 2014).

- <u>Appellant's reply brief</u>: September 22, 2014 (currently due September 12, 2014).

　　　We request this modification to the briefing schedule due to unexpected medical issues and the additional time required to prepare and print a sealed

supplemental appendix as well as separate sealed and redacted versions of Appellant's brief.

Dated: June 24, 2014

                                                Respectfully submitted,

                                                /s/ Joshua S. Moskovitz
                                                _____
                                                Jonathan C. Moore
                                                Joshua S. Moskovitz
                                                BELDOCK LEVINE & HOFFMAN LLP
                                                99 Park Avenue, Suite 1600
                                                New York, NY 10016
                                                (212) 490-0400
                                                jmoore@blhny.com
                                                jmoskovitz@blhny.com

TO:   Charles W. Scarborough (charles.scarborough@usdoj.gov)
        Marleigh Dover (marleigh.dover@usdoj.gov)
        U.S. Department of Justice
        Civil Division, Appellate Staff
        950 Pennsylvania Ave., N.W.
        Washington, D.C. 20530