# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-5374**　　　　　　　　　　　　　　**September Term, 2013**

**1:04-cv-02009-ESH**

**Filed On:** June 25, 2014

Wilfred Samuel Rattigan,

    Appellant

    v.

Eric H. Holder, Jr., Attorney General,

    Appellee

## O R D E R

Upon consideration of appellant's unopposed motion to modify briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | July 9, 2014 |
| Appendix | July 9, 2014 |
| Appellee's Brief | September 9, 2014 |
| Appellant's Reply Brief | September 22, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Jennifer M. Clark
　　Deputy Clerk