UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

NOTICE OF PAPER FILING

No. <u>13-5374</u>     Caption: <u>Wilfred Rattigan v. Eric Holder, Jr.</u>

Documents: <u>(1) Sealed Supplement of the Joint Appendix; (2) Un-redacted Brief of Appellant</u>

Under Seal:    [X] Yes    [ ] No    [ ] In Part:  Vols. <u>                    </u>

<u>Wilfred Rattigan</u>              as the <u>Appellant</u>
(party name)                                 (appellant, appellee, petitioner, respondent)

certifies that the above-referenced documents have been served on July 9, 2014, by electronic mail to:

Charles W. Scarborough
Marleigh D. Dover
U.S. DEPARTMENT OF JUSTICE
  CIVIL DIVISION, APPELLATE STAFF
950 Pennsylvania Avenue, NW
Washington, DC  20530
(202) 514-2000

and further certifies that paper copies of these same documents will be served and filed as follows:

Filed by <u>Hand Delivery</u>                       on <u>July 10, 2014</u>

Served by <u>UPS Ground Transportation</u>        on <u>July 10, 2014</u>

<u>July 9, 2014</u>              <u>/s/ Joshua S. Moskovitz</u>
(date)                        (signature)