# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-5374** | **September Term, 2014** |
| | **1:04-cv-02009-ESH** |
| | **Filed On:** July 28, 2015 |

Wilfred Samuel Rattigan,

    Appellant

  v.

Loretta E. Lynch, Attorney General,

    Appellee


**BEFORE:** Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan*, Millett, Pillard, and Wilkins, Circuit Judges; Williams, Senior Circuit Judge

### O R D E R

Upon consideration of appellant's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                FOR THE COURT:
                Mark J. Langer, Clerk
BY:   /s/
                Ken R. Meadows
                Deputy Clerk

---

\* Circuit Judge Srinivasan did not participate in this matter.